No. 73, Misc. CARTER *v.* FORRESTAL, SECRETARY OF NATIONAL DEFENSE, ET AL. The motion to extend the time to file petition for writ of certiorari is denied. Petition for writ of certiorari to the United States Court of Ap-

peals for the District of Columbia Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Claude L. Dawson* for petitioner. *Solicitor General Perlman* for respondent. ▮

